JULIEN T. DAVIES, as Receiver, etc., Respondent, *v.* JAMES D. FISH et al., Appellants.

(Argued November 27, 1888; decided December 4, 1888.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made January 3, 1888, which reversed an order of Special Term allowing certain parties to intervene and defend herein.

*G. W. Cotherill* for appellants.

*James Byrne* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.